David Seror
Email: serortrustee@ecjlaw.com
9401 Wilshire Blvd. 9th Floor
Beverly Hills, CA 90212-2974
Telephone (310) 281-6361
Facsimile (310) 887-6801
Chapter 7 Trustee

FILED
NOV - 4 2010

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SAN FERNANDO VALLEY DIVISION

| In re | Case No. 1:03-bk-13039-GM |
|---|---|
| HAMDAM HEBR | Chapter 7 |
| | **NOTICE OF UNCLAIMED DIVIDENDS (UNDER F.R.B.P. 3011)** |
| Debtor. | |

David Seror, the trustee of this bankruptcy estate submits this Notice of Unclaimed Dividends (Under F.R.B.P. 3011). Trustee hereby provides notice that after a distribution of funds in the above-captioned case one or more dividend payment(s) have been unclaimed and the unclaimed funds have been remitted to the Court in accordance with F.R.B.P. 3011. Attached hereto is the Notice of Unclaimed Dividends (Under F.R.B.P. 3011) indicating the name, address, corresponding claim number and amount of each unclaimed dividend.

Dated: November 3, 2010

_____
DAVID SEROR
Chapter 7 Trustee

| Claim # | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| 00002 | PROGRESSIVE ASSET MN<br>5924 E. LOS ANGELES AVE<br>SIMI VALLEY, CA 93063 | $768.63 | $156.26 |
| 00020 | SMC-C/O-SAK'S FIFTH AVENUE<br>P.O. BOX 67<br>CHANHASSEN, MN 55317 | $8,159.16 | $1,658.73 |
|  | *Total Unclaimed Dividends:* |  | $1,814.99 |